IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANACLETO LUXCHITIL, Israel, : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | |
| : | CIVIL ACTION |
| JAMISON, J.L., Warden, Federal Detention : | |
| Center, Philadelphia; RIFE, John, Field : | |
| Office Director, Philadelphia Field Office, : | NO. 26-1477 |
| Enforcement and Removal Operations, : | |
| U.S. Immigration and Customs Enforcement, : | |
| U.S. Department of Homeland Security; : | |
| NOEM, Kristi, Secretary, U.S. Department : | |
| of Homeland Security; and BONDI, Pamela, : | |
| Attorney General, U.S. Department of : | |
| Justice, : | |
| : | |
| Respondents. : | |

## ORDER

**AND NOW,** this 9th day of March, 2026, upon consideration of Israel Anacleto Luxchiti's Petition for Writ of Habeas Corpus (ECF No. 1), it is hereby **ORDERED** that the petition is **GRANTED IN PART.**

It is **FURTHER ORDERED** as follows:

1. No later than **5:00 p.m. on March 12, 2026,** the respondents shall file a response to the habeas petition and show cause why the petition should not be granted.

2. Petitioner Israel Anacleto Luxchiti shall not be transferred outside the Eastern District of Pennsylvania pending further Order of the Court.

3. Counsel for Petitioner shall serve this Order to the respondents at the following email addresses forthwith:

- desiree.wilkins@usdoj.gov;

- anthony.stjoseph@usdoj.gov;

- susan.becker@usdoj.gov; and

- gregory.david@usdoj.gov.

BY THE COURT:

_____
Hon. Mia R. Perez